◎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CHRISTOPHER SHIELDS ) | Case No:   4:05cr00134-01 JMM |
| ) | USM No:   23712-009 |
| Date of Previous Judgment:   August 10, 2007 ) | Jenniffer Horan |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   37 months   months **is reduced to**   **30 months**   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   21           Amended Offense Level:   19
Criminal History Category:   I         Criminal History Category:   I
Previous Guideline Range:   37  to  46  months   Amended Guideline Range:   30  to  37  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   8/10/08   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 18, 2008                                        /s/ James M. Moody
                                                                                           Judge's signature

Effective Date:                                                       James M. Moody, United States District Judge
         (if different from order date)                                    Printed name and title